BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7027
    Sheila.Armbrust@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE VORTMAN <br><br> Defendants. | Case No. 15-MJ-71193 <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 FROM FEBRUARY 11, 2016 TO MARCH 15, 2016 AND RESCHEDULING PRELIMINARY HEARING TO March 15, 2016 |

**STIPULATION**

Defendant, GEORGE VORTMAN, by and through his counsel, and the United States of America, hereby stipulate and respectfully request that the Court vacate the preliminary hearing or arraignment on indictment in the above-referenced matter, currently set for February 11, 2016, and reset the matter for March 15, 2016, at 9:30 a.m. before the Duty Magistrate Judge.

The defendant was charged by complaint in the above-referenced matter in the Northern District of California on September 14, 2015, with possession of child pornography. By court order, the defendant has been released on bond. Since his initial appearance, the government has produced discovery related to the charged conduct. Following production of discovery, the parties have discussed

STIP. AND [PROPOSED] ORDER

1 possible pre-indictment resolution. The defendant has consulted with his counsel and understands that
2 he has a right to a preliminary hearing or that further charging documents be presented and filed with the
3 Court on the day of or before the preliminary hearing. Pursuant to Federal Rule of Criminal Procedure
4 5.1(d), defendant knowingly and voluntarily waives his right to a preliminary hearing on February 11,
5 2016, and agrees to extend the time for preliminary hearing until March 15, 2016

6     In order to allow the defendant time to review discovery and to allow the parties to continue their
7 discussions regarding pre-indictment resolution, the parties hereby request that the Preliminary Hearing
8 or Arraignment on Indictment be rescheduled from February 11, 2016 to March 15, 2016, and submit
9 that good cause exists to exclude and waive time between such dates under Federal Rule of Criminal
10 Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv), to allow for
11 the effective preparation of counsel, continuity of counsel, and taking into account the public interest in
12 the prompt disposition of a criminal case.

14     IT IS SO STIPULATED.

16 DATED: February 1, 2016

17                                                                         /s/
                                       SHEILA A.G. ARMBRUST
18                                        Assistant United States Attorney

19 DATED: February 1, 2016

20                                                                        /s/
                                       ROBERT J. BELES
21                                        Counsel for Defendant GEORGE VORTMAN

**[PROPOSED] ORDER**

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of all defendants in the above-captioned matter. Fed. R. Crim. Proc. 5.1(c) and (d). The Court therefore finds that an exclusion of time between February 11, 2016 and March 15, 2016 is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the Speedy Trial Act and hereby schedules the preliminary hearing or arraignment on Indictment for March 15, 2016.

IT IS SO ORDERED.

Dated: _____2/2/2016_____

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER
3