```
ROBERT J. BELES (Cal. Bar No. 41993)
    BELES & BELES LAW OFFICES
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:    beleslaw@yahoo.com

Attorney for Defendant
GEORGE VORTMAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 3:16-cr-00210-WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING CHANGE OF PLEA HEARING |
| v. ) | AS TO DEFENDANT GEORGE VORTMAN |
| ) | |
| GEORGE VORTMAN, ) | **AS MODIFIED** |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant GEORGE VORTMAN, by and through his counsel undersigned, and the United States of America, through Assistant United States Attorney JEROME MAYER-CANTU, hereby stipulate and respectfully request that the Court vacate the Change of Plea hearing in the above-captioned case, currently set for Tuesday, September 19, 2017, at 02:00 p.m., and reset it for Tuesday, October 2̶4̶ **10**, 2017, at 02:00 p.m.

This is the parties' second request to continue the Change of Plea hearing as to Defendant Vortman after the case was reassigned to the HONORABLE WILLIAM H. ALSUP on Monday, August 14, 2017. The parties previously requested to continue the Change of Plea hearing one time on July 17, 2017, when the case was assigned to the HONORABLE THELTON E. HENDERSON. The parties last appeared

1
STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING AS TO VORTMAN

before the HONORABLE THELTON E. HENDERSON on Monday, May 22, 2017, at which time the Defendant was present.

On Friday, August 11, 2017, the government provided defense counsel with a draft plea agreement. This request to continue the Change of Plea hearing is made in order to allow counsel to finalize the terms of the plea agreement and in order for defense counsel to review the proposed plea agreement with the Defendant once finalized.

Based on the above-stated reasons, the parties further stipulate and agree that the time between Tuesday, September 19, 2017 and Tuesday, October 10, 2017, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act and that the ends of justice are served by the Court excluding such time in order to allow Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv).

"Plea negotiations and the time from when a defendant states that he will plead guilty until the time the guilty plea is entered is excludable under the [Speedy Trial Act]." United States. v. Bowers, 834 F.2d 607, 609-10 (6th Cir. 1987); see also United States v. Montoya, 827 F.2d 143, 150 (7th Cir. 1987) ("The plea bargaining process also can qualify as one of many 'other proceedings' under the generic exclusion of section 3161(h)(1).").

For these reasons, the Defendant, Defense Counsel, and the Government stipulate and agree that the interests of justice are served by vacating the Change of Plea hearing currently set for

Tuesday, September 19, 2017, and resetting it for Tuesday, October ~~24~~ 10, 2017, at 2:00 p.m., outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 13, 2017        /s/ RJB_____
                                 ROBERT J. BELES,
                                 Attorney for *GEORGE VORTMAN*

DATED: September 13, 2017        /s/ JMC_____
                                 JEROME MAYER-CANTU,
                                 Assistant U.S. Attorney

                                 BRIAN STRETCH
                                 UNITED STATES ATTORNEY

**IT IS SO ORDERED.**

DATED: September 14, 2017

                                 _____
                                 HON. WILLIAM H. ALSUP
                                 UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING AS TO VORTMAN