United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE VORTMAN,

    Defendant.

No. C 16-00210 WHA

**ORDER RE OCTOBER 12 HEARING**

At the hearing on October 12, both sides shall come prepared to tell the court the extent to which defendants in similar circumstances to George Vortman (*i.e.* other defendants in NIT cases) have been allowed to remain out of custody pending sentencing or appeal.

**IT IS SO ORDERED.**

Dated: October 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE